UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 23, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-10241-AA
Case Style: Annie Grant, et al v. Secretary, State of Georgia
District Court Docket No: 1:22-cv-00122-SCJ

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Briefing and Appendix Deadlines
Pursuant to 11th Cir. R. 31-1(a), the appellant's brief is due within 40 days after the date on which the record is deemed filed as provided by 11th Cir. R. 12-1. The appendix is due 7 days after the appellant's brief is filed. An incarcerated pro se party is not required to file an appendix.

The appellee's brief is due within 30 days after the service of the last appellant's brief. The appellant's reply brief, if any, is due within 21 days after the service of the last appellee's brief. This is the only notice you will receive regarding the due date for briefs and appendices.

Form
Please see FRAP 32(a) and the corresponding circuit rules for information on the form of briefs and FRAP 32(b) and 11th Cir. Rules 30-1 and 30-2 for information on the form of appendices.

Paper Copies
All parties must file 4 briefs in paper. Parties must file 2 appendices in paper, except that pro se parties proceeding in forma pauperis must file only 1 appendix in paper and incarcerated pro se parties are not required to file an appendix.

Use of the ECF system does not modify the requirement that filers must also provide to the Court 4 paper copies of the brief and the required number of paper copies of the appendix. See 11th Cir. Rules 30-1(d) and 31-3. ECF filers will be considered to have complied with this

requirement if, on the day the electronic brief or appendix is filed, the filer sends the paper copies to the clerk using one of the methods outlined in FRAP 25(a)(2)(A)(ii).

Appearance of Counsel
If you have not entered your appearance in this appeal, please note that the clerk generally may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the Court's Web site. Appointed counsel are not required to file an appearance form.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every brief must contain a CIP. See FRAP 26.1 and the accompanying circuit rules. The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Briefing Notice 1 - Appellant