No. 24-10241

# In the United States Court of Appeals for the Eleventh Circuit

ANNIE LOIS GRANT, et al.

*Plaintiffs-Appellants*,

v.

BRAD RAFFENSPERGER

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of Georgia
No. 1:22-cv-00122 (Jones, J.)

## APPELLANTS' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX

Joyce Gist Lewis
Adam M. Sparks
KREVOLIN & HORST, LLP
One Atlantic Center
1201 West Peachtree St. NW
Suite 3250
Atlanta, Georgia 30309
(404) 888-9700

Abha Khanna
Jonathan P. Hawley
Makeba Rutahindurwa
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101
(206) 656-0177

Michael B. Jones
ELIAS LAW GROUP LLP
250 Massachusetts Ave
NW, Suite 400
Washington, DC 20001
(202) 968-4490

*Counsel for Plaintiffs-Appellants in No. 24-10241*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiffs-Appellants certify that Annie Lois Grant, Quentin T. Howell, Elroy Tolbert, Triana Arnold James, Eunice Sykes, Elbert Solomon, Dexter Wimbish, Garrett Reynolds, Jacqueline Faye Arbuthnot, Jacquelyn Bush, and Mary Nell Conner are individuals. Plaintiffs-Appellants further certify that no publicly held corporation or company has an interest in the outcome of this case.

Plaintiffs-Appellants further certify that the following have an interest in the outcome of this case:

1.    Arbuthnot, Jacqueline Faye, *Plaintiff*

2.    Bokat-Lindell, Noah B., *Counsel for Intervenor*

3.    Boyle Jr., Donald P., *Counsel for Defendant*

4.    Brown, Theron, *Former Plaintiff*

5.    Bush, Jacquelyn, *Plaintiff*

6.    Carr, Christopher, *Counsel for Defendant*

7.    Conner, Mary Nell, *Plaintiff*

8.    Georgia Department of Law, *Counsel for Defendant*

9.    Duffey Jr., Hon. William S., *Former Defendant*

10.   Elias Law Group LLP, *Counsel for Plaintiffs*

11.   Flynn, Erin H., *Counsel for Intervenor*

12.  Ford, Christina Ashley, *Counsel for Plaintiffs*

13.  Freeman, Daniel J., *Counsel for Intervenor*

14.  Ghazal, Sara Tindall, *Former Defendant*

15.  Grant, Annie Lois, *Plaintiff*

16.  Hamilton, Kevin J., *Former Counsel for Plaintiffs*

17.  Hawley, Jonathan P., *Counsel for Plaintiffs*

18.  Howell, Quentin T., *Plaintiff*

19.  Ivey, Marvis McDaniel, *Proposed Intervenor*

20.  Jacoutot, Bryan F., *Counsel for Defendant*

21.  James, Triana Arnold, *Plaintiff*

22.  Johnston, Janice W., *Former Defendant*

23.  Jones, Hon. Steve C., *U.S. District Court Judge*

24.  Jones, Michael, *Counsel for Plaintiffs*

25.  Khanna, Abha, *Counsel for Plaintiffs*

26.  Krevolin & Horst LLC, *Counsel for Plaintiffs*

27.  LaRoss, Diane, *Counsel for Defendant*

28.  Le, Anh, *Former Defendant*

29.  Lewis, Joyce Gist, *Counsel for Plaintiffs*

30.  Lindsey, Edward, *Former Defendant*

31.  Mashburn, Matthew, *Former Defendant*

32. McGowan, Charlene, *Former Counsel for Defendant*

33. Osher, Daniel C., *Former Counsel for Plaintiffs*

34. Paradise, Loree Anne, *Former Counsel for Defendant*

35. Perkins Coie LLP, *Former Counsel for Plaintiffs*

36. Petrany, Stephen J., *Counsel for Defendant*

37. Raffensperger, Brad, *Defendant*

38. Reynolds, Garrett, *Plaintiff*

39. Rutahindurwa, Makeba, *Counsel for Plaintiffs*

40. Solomon, Elbert, *Plaintiff*

41. Sparks, Adam M., *Counsel for Plaintiffs*

42. Stewart, Michael Elliot, *Counsel for Intervenor*

43. Strickland, Frank B., *Counsel for Defendant*

44. Sykes, Eunice, *Plaintiff*

45. Taylor English Duma LLP, *Counsel for Defendant*

46. Tolbert, Elroy, *Plaintiff*

47. Tyson, Bryan P., *Counsel for Defendant*

48. United States, *Intervenor*

49. Vaughn, Elizabeth Marie Wilson, *Former Counsel for Defendant*

50. Webb, Bryan K., *Counsel for Defendant*

51. Weigel, Daniel H., *Counsel for Defendant*

52.    White, Graham W., *Former Counsel for Plaintiff*

53.    Willard, Russell D., *Counsel for Defendant*

54.    Wimbish, Dexter, *Plaintiff*

*/s/ Adam M. Sparks*
*Counsel for Plaintiffs-Appellants in No. 24-10241*

## <u>APPELLANTS' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX</u>

Pursuant to Federal Rules of Appellate Procedure 26(b) and 31 and Eleventh Circuit Rules 26-1 and 31-2(a), Appellants Annie Lois Grant, Quentin T. Howell, Elroy Tolbert, Triana Arnold James, Eunice Sykes, Elbert Solomon, Dexter Wimbish, Garrett Reynolds, Jacqueline Faye Arbuthnot, Jacquelyn Bush, and Mary Nell Conner respectfully move for a 59-day extension of time within which to file their opening brief and appendix. Appellants' opening brief is currently due Tuesday, March 5, 2024, with the appendix due seven days later on March 12, 2024. The requested extension, if granted, would extend the opening brief deadline to Friday, May 3, 2024, and the appendix deadline to May 10, 2024.

This is Appellants' first request for an extension of time in this appeal. In support of the motion, undersigned counsel states as follows:

1. Good cause exists for the requested extension. Counsel representing Appellants in this appeal have several conflicts during the current briefing period for Appellants' opening brief and appendix, including but not limited to the following: (1) international travel from March 2 through March 16, 2024; (2) a two-week trial beginning on April 1, 2024 and related post-trial briefing, in *Florida NAACP et. al. v Byrd et al.* (N.D. Fla.); (3) a response brief due on April 8, 2024, in *Coakley Pendergrass et al. v. Secretary, State of Georgia*, No. 23-13916

1

(11th Cir.); and (4) a response brief due on April 8, 2024, in *Annie Grant et al. v. Secretary, State of Georgia*, No. 23-13921 (11th Cir.).

2. Counsel for Appellants also move for an extension to ensure similar briefing schedules apply in related cases, *Coakley Pendergrass et al. v. Secretary, State of Georgia*, No. 24-10231 (11th Cir.), and *Alpha Phi Alpha Fraternity Inc. et al. v. Secretary, State of Georgia*, No. 24-10230 (11th Cir.), in which appellants in those cases have also moved for an extension. The Court today granted the *Alpha* appellants' motion for an extension of time through and including May 3, 2024 to file appellants' initial brief, with the appendix due seven days after filing of the brief. *See* No. 24-10230, Dkt. 31.

3. Counsel for Appellants have conferred with counsel for Appellee, who stated that Appellee does not oppose or object to the relief requested in this motion.

FOR THESE REASONS, Appellants respectfully request that the Court grant a 59-day extension of time to file the opening brief, up to and including May 3, 2024, with the appendix due no later than May 10, 2024.

Dated: February 28, 2024

/s/ *Adam M. Sparks*
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Respectfully submitted,

Abha Khanna
Jonathan P. Hawley
Makeba A.K. Rutahindurwa
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue,
Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law
Email: MRutahindurwa@elias.law

Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: MJones@elias.law

*Counsel for Plaintiffs-Appellants*

3

**CERTIFICATE OF COMPLIANCE**

This motion complies with Fed. R. App. P. 27(d) because it contains 424 words, excluding the parts that may be excluded. This response also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface, 14-point Times New Roman.

/s/ *Adam M. Sparks*
Adam M. Sparks

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 28, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will automatically send a notice of electronic filing to all registered CM/ECF users who have entered an appearance in the case.

This 28th day of February, 2024.

/s/ *Adam M. Sparks*
Abha Khanna