In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 24-10241

_____

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,
TRIANA ARNOLD JAMES,
EUNICE SYKES, et al.,

                                                Plaintiffs-Appellants,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                    Order of the Court                    24-10241

D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

The motion for an extension of time to and including May 3, 2024, to file Appellants' initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE