# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10230

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KATIE BAILEY GLENN,
PHIL BROWN,
JANICE STEWART,

                                          Plaintiffs-Appellants,

*versus*

SECRETARY, STATE OF GEORGIA,

2                    Order of the Court                    24-10230

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

_____

No. 24-10231

_____

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT,
OJUAN GLAZE,

                                        Plaintiffs-Appellants,

*versus*

SECRETARY, STATE OF GEORGIA,

                                        Defendant-Appellee.

24-10230 Order of the Court 3

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

_____

_____

No. 24-10241

_____

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,
TRIANA ARNOLD JAMES,
EUNICE SYKES, et al.,

                                                   Plaintiffs-Appellants,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                   Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

4 Order of the Court 24-10230

D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

The motion for an extension of time to and including August 2, 2024, to file Appellee's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.


/s/ Britt C. Grant

UNITED STATES CIRCUIT JUDGE