# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10230
_____

ALPHA PHI ALPHA FRATERNITY, INC.,
  a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN METHODIST
EPISCOPAL CHURCH,
  a Georgia nonprofit organization,
ERIC T. WOODS,
KENNETH GLENN
PHIL BROWN,
JANICE STEWART,

*Plaintiffs-Appellants,*

KATIE BAILEY GLENN,

*Plaintiff,*

*versus*

SECRETARY OF STATE, STATE OF GEORGIA,

*Defendant-Appellee.*

2                    Order of the Court                    24-10230

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

———————————————

———————————————

No. 24-10231

———————————————

COAKLEY PENDERGRASS,

TRIANA ARNOLD JAMES,

ELLIOTT HENNINGTON,

ROBERT RICHARDS,

JENS RUECKERT,

OJUAN GLAZE,

*Plaintiffs-Appellants,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellee.*

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

———————————————

24-10230                    Order of the Court                    3

————————————

No. 24-10241

————————————

ANNIE LOIS GRANT,

QUENTIN T. HOWELL,

ELROY TOLBERT,

TRIANA ARNOLD JAMES,

EUNICE SYKES, et al.,

*Plaintiffs-Appellants,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

————————————

4                    Order of the Court                    24-10230

Before JORDAN and JILL PRYOR, Circuit Judges, and MORENO,[*] District Judge.

BY THE COURT:

As discussed with the parties during oral argument, these appeals are STAYED pending a decision in *Alpha Phi Alpha Fraternity, Inc., et al. v. Secretary, State of Georgia*, Case No. 23-13914 (11th Cir.), *Coakley Pendergrass, et al. v. Secretary, State of Georgia*, Case No. 23-13916 (11th Cir.), and *Annie Grant, et al. v. Secretary, State of Georgia*, Case No. 23-13921 (11th Cir.).

The parties are DIRECTED to file a notice within five days of the opinion issuing in the above-referenced cases.

---

[*] The Honorable Federico A. Moreno, United States District Judge for the Southern District of Florida, sitting by designation.