# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 28, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  24-10230-AA   ; 24-10231 -AA   ; 24-10241 -AA
Case Style:  Alpha Phi Alpha Fraternity, Inc, et al v. Secretary of State, State of Georgia
District Court Docket No:  1:21-cv-05337-SCJ

Consolidation
Pursuant to FRAP 3(b)(2) and 11th Cir. R. 12-2, and absent any party filing written objections within 14 days, the following case(s), 24-10231, 24-10241 will be consolidated with case number: 24-10230.

A litigant who is a party in more than one case being consolidated must file all documents in each separate consolidated case number. A litigant who is a party in only one of the cases being consolidated must file all documents in that case number; if such a litigant wants to receive notice of filings in the other case(s) being consolidated, the litigant should set up notice through the "Notice for Cases of Interest" utility in CM/ECF.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:    404-335-6135      Capital Cases:              404-335-6200
CM/ECF Help Desk:    404-335-6125      Cases Set for Oral Argument: 404-335-6141

CLKCONS-1 Appeal Clerically Consolidated